# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/24/2023

## MEMO ENDORSED

January 20, 2023

**VIA CM/ECF**
Honorable Judge Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square - Courtroom 443
New York, NY 10007

> **Re:** **Norris v. Macper LLC, d/b/a D.B.A, et al**
> **Case 1:22-cv-07553-VEC**

Dear Judge Caproni:

The undersigned represents the Plaintiff in the above-captioned case matter.

The Initial Pretrial Conference in this matter is currently scheduled for February 3, 2023, at 10:00 a.m., in your Honor's Courtroom.  However, Defendants have not made any appearance in this matter, having been recently served through the Secretary of State [D.E. 12, D.E. 13, and  D.E. 14]. In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 30-day adjournment of the Conference is hereby respectfully requested to  early March to a date most convenient to this Honorable Court.

Thank you for your consideration of this first adjournment request.

Sincerely,

By: /S/ B. Bradley Weitz_____
    B. Bradley Weitz, Esq. (BW9365)
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile:  (305) 704-3877
    Email: bbw@weitzfirm.com

Application GRANTED in part.

The IPTC scheduled for February 3, 2023, is hereby ADJOURNED *sine die*.  Defendants' time to answer remains stayed until **February 3, 2023**. Plaintiff must serve a copy of this order on Defendants and file proof of service by no later than **January 27, 2023**.

SO ORDERED.

HON. VALERIE CAPRONI    01/24/2023
UNITED STATES DISTRICT JUDGE